UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:06-00166 |
| | ) | JUDGE CAMPBELL |
| KEVIN LAMONT PENDERGRAST | ) | |

ORDER

Pending before the Court is a Petition for Revocation of Supervised Release (Docket No. 50). The Court held a hearing on the Petition on March 4, 2013. By agreement of the parties, the hearing was continued to June 3, 2013, at 12:00 p.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE